1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 ANGELES ZARAGOZA, #270198
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-13-0225-LKK |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER EXCLUDING TIME |
| ANTONIO GOMEZ-CRUZ, | |
| Defendant. | DATE: August 27, 2013<br>TIME: 9:15 a.m.<br>JUDGE: Lawrence K. Karlton |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was set for status conference on July 23, 2013.

2. By this stipulation, defendant now moves to continue the status conference to August 27, 2013 and to exclude the time period between the date of this stipulation, July 18, 2013, and the date of the new requested status conference on August 27, 2013, from calculation of the time period within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 for reasonable time necessary for new defense counsel's preparation. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Counsel for defendant will be resigning from the Office of the Federal Defender and this case will be paneled to Gilbert Roque and a Substitution of Attorney will be filed with the court. Mr. Roque will need additional time to consult with the client, review the current charges and discovery, to conduct further investigation and research related to the charges, and to discuss potential resolutions with the client. Mr. Roque has been informed of this requested continuance and he has advised the Federal Defender's Office and the prosecutor that he desires this continuance to allow him time to prepare the defense in this case and that he agrees to the requested exclusion of time under the Speedy Trial Act.

b. Defense counsel believes that failure to grant the above-requested continuance would deny new counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a speedy trial.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 17, 2013 to August 20, 2013, inclusive, is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 18, 2013                    HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Angeles Zaragoza
                                        ANGELES ZARAGOZA
                                        Counsel for Defendant
                                        ANTONIO GOMEZ-CRUZ

|  |  |  |
|---|---|---|
| DATED: July 18, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ Angeles Zaragoza for<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court adopts the parties's stipulation in its entirety as its Order. The Court orders that the presently set July 23, 2013, status conference shall be continued to August 27, 2013, at 9:15 a.m. The Court orders that time from the date of the parties' stipulation, July 18, 2013, to, and including the new status conference on August 27, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to reasonable time necessary for preparation of defense counsel.

The Court finds that the failure to grant a continuance in this case would deny new defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED this 19th day of July, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT