BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTONIO GOMEZ-CRUZ, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CASE NO. 2:13-CR-225 LKK <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** <br><br> Court: Hon. Lawrence Karlton |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Antonio Gomez-Cruz, on the other hand, through their respective attorneys, that:

(1) the presently set August 27, 2013, status conference shall be continued to September 24, 2013, at 9:15 a.m.; and

(2) time from the date of the parties' stipulation, August 23, 2013, through, and including, September 24, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local

Codes T4 (reasonable time for defense counsel to prepare).

The parties stipulate and agree that the United States has produced discovery to defense counsel and defense counsel needs additional time to review the discovery, investigate the facts, conduct legal research regarding possible defenses, and confer with his client regarding these matters. The parties have discussed settlement of the case, however, more time is needed to reduce their settlement discussions into a formal written plea agreement and then explain the ramifications of the proposed plea agreement to defendant. The task of conferring with the client is made more difficult due to the need to use a Spanish/English language interpreter to conduct communications between defense counsel and client.

Based on these facts, the parties stipulate and agree that the Court shall find: (1) the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare defendant's defense taking into account due diligence; and (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: August 23, 2013   /s/ Gilbert Roque
_____
GILBERT ROQUE
Attorney for Defendant
Antonio Gomez-Cruz
(per telephone authorization)

Dated: August 23, 2013   BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

       /s/ Samuel Wong
By: _____
SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, August 23, 2013, to and including the new September 24, 2013, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set August 27, 2013, status conference shall be continued to September 24, 2013, at 9:15 a.m.

Dated: August 23, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT